UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 19-400 (JMV) |
| v. | : | |
| EDWARD ANDRADE | : | ORDER |

This matter having come before the Court for a bail revocation hearing; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Elaine K. Lou, Assistant United States Attorney); and the defendant Edward Andrade being represented by Dennis Cleary, Esq.; and the Court having previously set conditions of release on or about January 3, 2019; and the defendant, having consented to the revocation of bail; and the Court having considered the statements made by counsel on the record on January 21, 2020, the Court makes the following finding:

1. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court finds that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, and the safety of the community.

IT IS, therefore, on this 22nd day of January, 2020,

ORDERED, pursuant to Federal Rule of Criminal Procedure 32.1 and Title 18, United States Code, Section 3142, that defendant Andrade's bail is hereby revoked.

_____
HONORABLE JOHN MICHAEL VAZQUEZ
United States District Judge